UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD THAVES, | 1:12-cv-01896-DLB (PC) |
|---|---|
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE (ECF No. 2) |
| v. | |
| MOOREHEAD, et al, | ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| Defendants. / | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens v. Six Unknown Agents,* 403 U.S. 388 (1971).  Plaintiff submitted an application to proceed in forma pauperis.  ECF No. 2.  However, the form submitted is unsigned and not the proper form for a prisoner, and the Court will deny the application without prejudice.

Plaintiff has not paid the $350.00 filing fee, or submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **Failure to comply with this order will result in dismissal of this action.**

 IT IS SO ORDERED.

   Dated:   **November 28, 2012**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE